# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STORM FITCH AND COURTNEY
PHIPPS FITCH, INDIVIDUALLY
AND ON BEHALF OF HER MINOR
SON, TIDUS LAPEYROUSE

VERSUS

WILLIAM C. WALKER, II, S&A
LOGISTICS, L.L.C., AND
AMERICAN TRANSPORTATION
GROUP INSURANCE RISK
RETENTION GROUP, INC.

NO.  2024 CW 0282

**JUNE 21, 2024**

---

In Re:    American Transportation Group Insurance RRG, Inc.,
          applying for supervisory writs, 32nd Judicial District
          Court, Parish of Terrebonne, No. 196095.

---

**BEFORE:    GUIDRY, C.J., McCLENDON AND WELCH, JJ.**

   **WRIT DENIED.**

                        JMG
                        PMc

   **Welch, J.,** dissents and would issue a briefing schedule
pursuant to La. Code Civ. P. art. 966(H).

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT